C. L. CASPARY v. GREELY-BURNHAM GROCER CO.

(No. 2314.)

ERROR from Smith County.    Opinion by WHITE, P. J.

H. CHILTON, counsel for plaintiff in error.

No counsel appeared for defendant in error.

§ 175. *Garnishment; insufficient writ of, to support judgment by default.* Defendants in error having a judgment against Owens & Arthur, garnished plaintiff in error. Plaintiff in error failing to answer the writ of garnishment, judgment by default was rendered against him January 6, 1886. The writ of garnishment was dated November 19, 1885, and required the garnishee to answer on January 4, 1885. *Held,* the writ is fatally defective because it requires the garnishee to answer on an impossible date, a date that had elapsed prior to the issuance of the writ. The judgment by default is not supported by the service of such writ. [R. S. arts. 188, 189; Wright v. Wilmot, 22 Tex. 398; Covington v. Burleson, 28 Tex. 370; W. & W. Con. Rep. §§ 83, 89, 520, 841.]

October 27, 1886.    Reversed and remanded.